IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE – NORTHEASTERN DIVISION
AT COOKEVILLE

ROBERT MEANS,

    Plaintiff,

v.

IHOR DYMYDA, and
AZE INC. d/b/a E&O GLOBAL, INC.,

    Defendants.

Case No. 2:25-cv-00032
Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Alistair Newbern
**JURY DEMAND**

### PARTIAL MOTION TO DISMISS COUNT THREE OF THE FIRST AMENDED COMPLAINT SOUNDING IN NEGLIGENT HIRING

COME NOW Defendants Ihor Dymyda ("Dymyda") and AZE Inc. d/b/a E&O Global, Inc. ("E&O Global") and file their Partial Motion to Dismiss as follows:

The Court should dismiss Count III of the First Amended Complaint sounding in Negligent Hiring. Plaintiff rests his allegation of negligent hiring on the contention that Dymyda was unable "to speak and understand the English language" and thus was not qualified to operate a tractor trailer under 49 C.F.R. § 391.11. These allegations, however, do not establish that Dymyda was unqualified under 49 C.F.R. § 391.11.

Because the First Amended Complaint does not allege facts establishing that Dymyda was unqualified under 49 C.F.R. § 391.11, Plaintiff likewise fails to establish that E&O Global was negligent in hiring Dymyda. Thus, Plaintiff's allegations do not satisfy the pleading standards under Rule 8 of the Federal Rules of Civil Procedure and the standards set forth by the United States Supreme Court. *Twombly* and *Iqbal* require that Plaintiff pleads *plausible* facts, not *possible*

inferences drawn from legal conclusions. Accordingly, Count III of the Complaint sounding in Negligent Hiring fails to state a claim for relief and should be dismissed with prejudice.

Respectfully submitted,

/s/ Andrew Gardella
Lee L. Piovarcy, Esq. (TN Bar # 08202)
Andrew Gardella, Esq. (TN Bar #027247)
MARTIN, TATE, MORROW & MARSTON, P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668
Facsimile: (615) 627-0669
lpiovarcy@martintate.com
agardella@martintate.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was caused to be served on the undersigned counsel via the Court's CM/ECF system on this the 4th day of June 2025:

> Kelli Lester, Esq.
> Morgan & Morgan - Nashville
> 150 4th Ave North, Suite 300
> Nashville, TN 37219
> Email: klester@forthepeople.com

/s/ Andrew Gardella
